Island Life Chiropractic Pain Care, PLLC, as Assignee of Bracy, Patrick, Appellant,
against
MVAIC, Respondent. 




The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Marshall & Marshall, PLLC (Barbara Carabell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Louis L. Nock, J.), entered December 19, 2017. The order, insofar as appealed from, denied plaintiff's cross motion for summary judgment.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from so much of an order of the Civil Court as denied plaintiff's cross motion for summary judgment.
Contrary to plaintiff's sole argument on appeal, plaintiff failed to establish that it submitted its claim forms to defendant Motor Vehicle Accident Indemnification Corporation (sued herein as MVAIC) within 45 days after the services at issue had been rendered. As a result, plaintiff's cross motion for summary judgment was properly denied (see 11 NYCRR 65-1.1; Bajaj v MVAIC, 49 Misc 3d 145[A], 2015 NY Slip Op 51661[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2015]).
Accordingly, the order, insofar as appealed from, is affirmed.
PESCE, P.J., ALIOTTA and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 11, 2019